UNITED STATES of America,
Plaintiff—Appellee,

v.

Gerald RIDER, Defendant—Appellant.

No. 02–30367.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 20, 2003.

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM **

Gerald Rider appeals the 168–month sentence imposed following his guilty plea conviction for abusive sexual contact with a child under the age of twelve, in violation of 18 U.S.C. §§ 2241(c) and 1153. We have jurisdiction under 28 U.S.C. § 1291. We review for clear error a district court's factual findings in determining whether to adjust downward. *United States v. Cortes,* 299 F.3d 1030, 1037 (9th Cir.2002). We affirm.

The district court did not clearly err by denying Rider a downward adjustment for acceptance of responsibility because Rider attempted to minimize his involvement in the offense by falsely denying the frequency and extent of his abusive sexual conduct towards a five-year old girl. *See United*

States v. Scrivener, 189 F.3d 944, 948–49 (9th Cir.1999); *see also United States v. Ramos,* 923 F.2d 1346, 1360 (9th Cir.1991) (affirming district court's denial of downward adjustment for acceptance of responsibility where defendant offered a "minimalist description" of his involvement in the offense), *overruled on other grounds by United States v. Ruiz,* 257 F.3d 1030 (9th Cir.2001).

We reject Rider's contention that he sufficiently admitted relevant conduct by not contesting the presentence report. At his change of plea hearing, Rider expressly stated his disagreement with the conduct outlined in the presentence report, thereby attempting to minimize his conduct. *See Scrivener,* 189 F.3d at 948–49.

**AFFIRMED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Frank JARVILL,
Defendant–Appellant.

No. 02–30382.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted May 12, 2003.*

Decided May 20, 2003.

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

## MEMORANDUM **

Michael Frank Jarvill appeals the 60–month sentence imposed following his guilty plea conviction for conspiracy, 18 U.S.C. § 371, mail fraud, 18 U.S.C. § 1341, and wire fraud, 18 U.S.C. § 1343. We have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

We reject Jarvill's contention that his sentence should be vacated because of inadequate notice for the reason that it does not constitute reversible error.

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Jarvill's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.